UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                          Case No. 2:21−cr−20747−TGB−KGA
                                           Hon. Terrence G. Berg

Kyle Allan Kennard, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON hearing on [115] MOTION for Revocation of Detention Order as to Kyle Allan Kennard. **Motion Hearing set for 7/19/2022 10:00 AM before District Judge Terrence G. Berg** (AChu)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/A Chubb
                                                        Case Manager

Dated: May 19, 2022